446 A.2d 673

Fascione, et al., Appellants v. Fascione.

Fascione, et al. v. Fascione, Appellant.

Argued March 20, 1980. Arthur L. Jenkins, Jr., for appellants (at No. 1800) and for appellees (at No. 1897); Jack A. Rounick, for appellant (at No. 1897) and for appellee (at No. 1800).

Before PRICE, CAVANAUGH and WATKINS, JJ.

The order entered Aug. 17, 1979 is affirmed on the comprehensive opinion of the Honorable Milton O. Moss.